**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 3M COMPANY,<br><br>               Plaintiff,<br><br>        v.<br><br>HARVEY BOULTER,<br>PORTON CAPITAL TECHNOLOGY FUNDS,<br>PORTON CAPITAL, INC.,<br>LANNY DAVIS,<br>LANNY J. DAVIS & ASSOCIATES, PLLC,<br>and DAVIS-BLOCK LLC,<br><br>               Defendants. | 11-cv-1527-RLW<br><br>Judge Robert L. Wilkins |

**MOTION BY PORTON CAPITAL TECHNOLOGY FUNDS AND**
**PORTON CAPITAL, INC. FOR DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 12(b)(2) FOR LACK OF PERSONAL**
**JURISDICTION, OR RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM**

Defendants Porton Capital Technology Funds and Porton Capital, Inc. (together, "Porton") hereby move for dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, or in the alternative, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

The grounds for the instant motion are fully set forth in the supporting memorandum of law and declarations filed simultaneously herewith.

Porton respectfully requests the opportunity to present oral argument on the instant motion during the hearing scheduled for January 12, 2012 at 9:30 a.m. in Courtroom 17, as set forth in this Court's Order dated November 15, 2011 (Doc. 29).

Dated: November 18, 2011
      New York, New York

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

_____
Christopher E. Duffy (*pro hac vice*)
575 Lexington Avenue
New York, New York  10022
Phone: (212) 446-2300
Fax: (212) 446-2350
CDuffy@BSFLLP.com

Melissa Felder, Bar No. 497459
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C.  20015
Phone: (202) 237-2727
Fax: (202) 237-6131
MFelder@BSFLLP.com