**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
3M COMPANY,

        Plaintiff,

        - v -                          Civil Action No. 1:11-cv-01527-RLW

HARVEY BOULTER, PORTON CAPITAL      Judge Robert L. Wilkins
TECHNOLOGY FUNDS, PORTON
CAPITAL, INC., LANNY DAVIS, LANNY J.
DAVIS & ASSOCIATES, PLLC, and
DAVIS-BLOCK LLC

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFF'S MOTION TO STRIKE**
**SPECIAL MOTION TO DISMISS BY PORTON CAPITAL**
**TECHNOLOGY FUNDS AND PORTON CAPITAL, INC. PURSUANT TO**
**D.C. CODE § 5502(A) AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff 3M Company ("3M"), by and through undersigned counsel, respectfully moves this Court to strike the Special Motion to Dismiss (the "Porton Special Motion") filed by Defendants Porton Capital Technology Funds and Porton Capital, Inc. (the "Porton Defendants"). As noted below, the grounds for this Motion to Strike are identical to those set forth in Plaintiff's Motion to Strike the Davis Defendants' Special Motion to Dismiss [D.E. 16], and the parties have agreed upon a briefing procedure with respect to the Porton Special Motion that will not disrupt the existing briefing schedule.

In their 3-page Special Motion, the Porton Defendants "join[] in the arguments set forth in the memorandum of law filed on October 6, 2011, by Porton's co-defendants in this action regarding the grounds for dismissal of 3M's claims under the Anti-SLAPP Act" and also "join[] in the arguments set forth in the separate memoranda of law filed on November 29, 2011, by" the District of Columbia and by Defendants Lanny Davis, Lanny J. Davis & Associates, PLLC and

-1-

Davis-Block LLC (the "Davis Defendants").[1]  3M has already filed a Motion to Strike directed at the Davis Defendants' Special Motion to Dismiss [D.E. 16], and respectfully incorporates the arguments set forth therein in support of this Motion to Strike the Porton Special Motion.

Counsel for 3M has conferred with counsel for the Porton Defendants, and neither 3M nor the Porton Defendants desire to disrupt the Court's established briefing schedule.  In recognition of the overlap between the arguments set forth in the Defendants' Special Motions, respectively, 3M and the Porton Defendants have agreed to conform briefing on this Special Motion to the Court's existing schedule as follows:

1. The Porton Defendants will adopt the arguments set forth in the Davis Defendants' Opposition to 3M's Motion to Strike [D.E. 33].  By December 14, 2011, at 1:00 p.m., the Porton Defendants will submit a response to 3M's Motion to Strike not to exceed three pages.  The Porton Defendants have informed 3M that their response will adopt arguments set forth in the Davis Defendants' Opposition to 3M's Motion to Strike [D.E. 33], and may make one discrete additional point.

2. 3M's reply brief, in support of its Motion to Strike, due December 15, 2011, will apply both to the Davis Defendants' Special Motion and to the Porton Defendants' Special Motion.

3. The Porton Defendants will submit any reply in support of the Special Motion to Dismiss at the same time as the Davis Defendants.

---

[1] Porton Special Motion, pp. 1-2.

-3-

                Respectfully submitted,

*/s/ David I. Ackerman*
Kenneth J. Pfaehler, Bar No. 461718
David I. Ackerman, Bar No. 482075
SNR DENTON US LLP
1301 K Street NW, Suite 600 East Tower
Washington, D.C.  20005-3364
(202) 408-6400
(202) 408-6399   Facsimile
kenneth.pfaehler@snrdenton.com
david.ackerman@snrdenton.com

*Attorneys for Plaintiff 3M Company*

OF COUNSEL:

William A. Brewer III
Alexander D. Widell (admitted *pro hac vice*)
Michael J. Collins (admitted *pro hac vice*)
Robert W. Gifford (admitted *pro hac vice*)
BICKEL & BREWER
767 Fifth Avenue, 50th Floor
New York, New York 10153
December 14, 2011      (212) 489-1400

-4-

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this 14th day of December, 2011, I caused a true and correct copy of the foregoing PLAINTIFF'S MOTION TO STRIKE SPECIAL MOTION TO DISMISS BY PORTON CAPITAL TECHNOLOGY FUNDS AND PORTON CAPITAL, INC. PURSUANT TO D.C. CODE § 5502(A) AND INCORPORATED MEMORANDUM OF LAW to be served on counsel for Defendants Lanny Davis, Lanny J. Davis & Associates, PLLC, Davis-Block LLC, Porton Capital Technology Funds and Porton Capital, Inc. by filing an electronic copy of this Motion with the Court's ECF system, which will send notification of the filing to all counsel of record registered with that system.

                */s/ David I. Ackerman*