# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3M COMPANY,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**BOULTER,** et al.<br><br>　　　　　　Defendants. | Civil Action No. 11-cv-1527 (RLW) |

## ORDER

Before the Court is Defendants' Motion for Order Rejecting Attempted Filing of Amended Complaint Without Leave of Court Pursuant to Fed. R. Civ. P. 15(a)(2) (Docket No. 39) (the "Motion"). Upon review of Defendants' Motion and the entire record, it is hereby:

**ORDERED** that Defendants' Motion is **DENIED**; and it is,

**FURTHER ORDERED** that, although the Court in this instance did not strike Defendants' Motion for failure to comply with LCvR 7(m), any future filings in violation of the local rules will be stricken and the offending party subject to sanctions. All parties are admonished that their litigation conduct will be a factor that the Court considers in determining whether "justice so requires" granting any subsequent motions to amend the complaint under Fed. R. Civ. P. 15(a)(2). Moreover, all counsel are hereby put on notice that strict compliance with local and federal rules is expected and that noncompliance will be dealt with a view towards deterring the "war of attrition" style of litigation conduct that often exceeds the bounds of common sense and professional courtesy.

SO ORDERED.

Date: December 15, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT L. WILKINS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge