UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------X

3M COMPANY,

        Plaintiff,

  - v -

HARVEY BOULTER,
PORTON CAPITAL TECHNOLOGY FUNDS,
PORTON CAPITAL, INC., LANNY DAVIS,
LANNY J. DAVIS & ASSOCIATES, PLLC and
DAVIS-BLOCK LLC,

        Defendants.

---------------------------------------X

Civil Action No.
1:11-CV-01527-RLW

## DECLARATION OF LORNA MANNING IN SUPPORT OF 3M COMPANY'S MOTION TO STRIKE SPECIAL MOTION TO DISMISS AND CROSS-MOTION FOR DISCOVERY AND CONTINUANCE

1. My name is Lorna Manning. I am over eighteen years old and fully competent and qualified in all respects to make this Declaration. I am a citizen and resident of the United Kingdom (the "U.K."). The facts set forth herein are true and correct and, unless otherwise qualified, are within my personal knowledge.

2. I am the Contracts Officer for the Government Markets/Contracts Department of 3M United Kingdom PLC, which is the 3M entity responsible for doing business in the United Kingdom. In this Declaration, I use the term "3M" to refer to 3M United Kingdom PLC and 3M Company together.

3. In general, 3M has experienced a dramatic and unexpected decline in business with U.K. government customers. For example:

1

4. 3M's annual sales to the United Kingdom Ministry of Defence (the "MoD") increased from approximately £ 1.18 million in 2008 to approximately £ 3.00 million in 2009. However, sales to the MoD declined from approximately £3.00 million in 2009 to approximately £2.08 million in 2010, and declined again to approximately £1.51 million (on an annualized basis) in 2011. That represents a 31% drop in sales from 2009 to 2010, and a 27% drop in sales from 2010 to 2011. The overall reduction in sales to the MoD from 2009 to 2011 was 50%. For the purposes of the calculations in this paragraph sales to the MoD consist of sales made directly on MoD accounts and sales made through third-party channels where the delivery information was to a MoD address.

5. 3M's net annual sales to the United Kingdom ("U.K.") "Central Government" sector increased from approximately £1.98 million in 2008 to approximately £2.29 million in 2009. However, sales to the U.K. Central Government declined from approximately £2.29 million in 2009, to approximately £1.53 million in 2010, and declined again to approximately £1.04 million (on an annualized basis) for 2011. That represents a 33% drop in sales from 2009 to 2010, and a 32% drop in sales from 2010 to 2011. The overall reduction in sales to the U.K. Central Government from 2009 to 2011 was 65%.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2011.

_____
Lorna Manning

5255113.1
2124-06