# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3M COMPANY,**    Plaintiff,    v.  **BOULTER,** et al.    Defendants. | Civil Action No. 11-cv-1527 (RLW) |

## ORDER

Upon consideration of all briefing and oral argument on the pending motions, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendants' Special Motions to Dismiss under the D.C. Anti-SLAPP Act of 2010 (Dkt. Nos. 8, 55, 34 and 57) are denied; and it is,

**FURTHER ORDERED** that 3M's Motion to Strike Defendants' Special Motions to Dismiss and Cross Motion for Discovery (Dkt. Nos. 16, 40) are denied as moot; and it is,

**FURTHER ORDERED** that the Motions to Dismiss by Lanny Davis, Davis-Block LLC, and Lanny J. Davis & Associates, PLLC (Dkt. Nos. 30, 52) are granted in part and denied in part as set forth in the accompanying Memorandum Opinion. Counts I, II, III, V, VI, VII and VIII of the First Amended Complaint are hereby dismissed against the Davis Defendants and Count IV shall proceed; and it is,

**FURTHER ORDERED** that the Motions to Dismiss by Porton Capital Technology Funds and Porton Capital, Inc. (Dkt. Nos. 31, 51) are GRANTED pursuant to Rule 12(b)(2), and the claims against the Porton Defendants are dismissed without prejudice.

Date: February 2, 2012

                                                                                                             ROBERT L. WILKINS  
                                                                                                             United States District Judge