UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **3M COMPANY,**  Plaintiff,  v.  **BOULTER,** et al.  Defendants. | Civil Action No. 11-cv-1527 (RLW) |

## ORDER

The parties remaining in this case are hereby **ORDERED** to appear for a scheduling conference on **Tuesday, February 21, 2012 at 10:00 a.m. in Courtroom 17**; and it is,

**FURTHER ORDERED** that the parties are required to meet and confer and file their Joint Report and Proposed Scheduling Order in accordance with Local Civil Rule 16.3(d) no later than 5:00 p.m. February 15, 2012.

SO ORDERED.

Date: February 3, 2012

ROBERT L. WILKINS
United States District Judge